UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CAROLINE BIRK,

        Plaintiff,        No. Civ. S-07-1252 FCD/JFM

  v.                   **ORDER FOR DISMISSAL**

GATEWAY FUNDING CORPORATION, et. al.,

        Defendants.
_____/

    On June 25, 2008, plaintiff's counsel, Richard Lawrence Antognini, was ordered to show cause why the above matter should not be dismissed for failure to prosecute. The court ordered counsel to file a response to the Order to Show Cause on or before July 25, 2008. Mr. Antognini has failed to file a response to the order show cause.

    Accordingly, plaintiff's case is dismissed for failure to prosecute, Fed. R. Civ. P. 41(b), and for failure to respond to this court's order, Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992). With respect to dismissal for failure to follow court orders, the court has reviewed the five factors set forth in Ferdik and finds that each warrants dismissal of plaintiff's case.

1    The Status Conference set for August 8, 2008 is hereby
2 VACATED.
3    IT IS SO ORDERED.
4 DATED: July 29, 2008

_____
FRANK C. DAMRELL, JR.
United States District Judge